IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| State of Tennessee, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; U.S. Department of Health and Human Services Office of Civil Rights,<br><br>*Defendants*. | No. 3:25-cv-00025-KAC-JEM |

**PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO INTERVENE**

Pursuant to Fed. R. Civ. P. 24(a) and (b), Proposed Intervenor-Defendants the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America ("Proposed Intervenor-Defendants") respectfully move for leave to intervene as defendants in the above-captioned case. The accompanying Memorandum of Law sets out why the Court should grant Proposed Intervenor-Defendants' motion. A Proposed Order Granting the Motion for Leave to Intervene is attached as Exhibit 1.

On February 7, 2025, counsel for Proposed Intervenor-Defendants conferred with counsel for the Plaintiffs and counsel for Defendants regarding this Motion. Counsel for Defendants indicated that they oppose Proposed Intervenor-Defendants' intervention. Proposed Intervenor-Defendants disagree and so file this motion. Counsel for the Plaintiffs indicated that they take no position on Proposed Intervenor-Defendants' motion and reserve the right to object at a later time based on developments in this case. Counsel for Plaintiffs also indicated that they would oppose

intervention practice that would prejudice deadlines for preliminary injunction or summary judgment briefing.

Date: February 10, 2025

Respectfully submitted,
/s/ *Tricia R. Herzfeld*
Tricia R. Herzfeld
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, P.L.L.C
BPR Number 026014
223 Rosa L. Parks Avenue
Suite 300
Nashville, Tennessee 37203
(615) 800-6225 (phone)
tricia@hsglawgroup.com
*Counsel to Intervenor-Defendants*

-and-

Shannon Rose Selden – *Pro Hac Vice Pending*
Zachary H. Saltzman – *Pro Hac Vice Pending*
Adam Aukland Peck – *Pro Hac Vice Pending*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
srselden@debevoise.com
zhsaltzm@debevoise.com
aauklandpeck@debevoise.com

*Counsel to Intervenor-Defendants*

-and-

Anna A. Moody – *Pro Hac Vice Pending*
Gabriel A. Kohan – *Pro Hac Vice Pending*
Suzanne Zakaria – *Pro Hac Vice Pending*
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
amoody@debevoise.com

Carrie Y. Flaxman – *Pro Hac Vice Forthcoming*
Madeline H. Gitomer – *Pro Hac Vice Forthcoming*
Emma R. Leibowitz – *Pro Hac Vice Forthcoming*
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 (phone)
cflaxman@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org

*Counsel to Intervenor-Defendants*

-and-

Jonathan Miller – *Pro Hac Vice Pending*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
jon@publicrightsproject.org

*Counsel to City of Columbus and City of Madison*

gakohan@debevoise.com
szakaria@debevoise.com

*Counsel to Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld