**IN THE UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| State of Tennessee, et al., | |
| *Plaintiffs*, | |
| v. | |
| United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; U.S. Department of Health and Human Services Office of Civil Rights, | No. 3:25-cv-00025-KAC-JEM |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANTS'
MOTION FOR LEAVE TO INTERVENE**

Upon consideration of the Motion for Leave to Intervene and Memorandum in Support

submitted by Proposed Intervenor-Defendants the City of Columbus, Ohio, the City of Madison,

Wisconsin, and Doctors for America, it is hereby ORDERED that the Motion is GRANTED.

**SO ORDERED**

SIGNED February ___, 2025

_____

**HON. KATHERINE A. CRYTZER**
**UNITED STATES DISTRICT JUDGE**