UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

# NOTICE OF DEFICIENCY – PRO HAC MOTION

To: Carrie Y. Flaxman, Emma R. Leibowitz & Madeline H. Gitomer

Case No.: 3:25-cv-25 State of Tennessee et al v. U.S. Department of Health and Human Services et al

☑ Attorney is not admitted (See LR 83.5). This matter will be referred to a magistrate judge if a pro hac motion is not filed within 15 days of this Notice. A form motion can be found here: https://www.tned.uscourts.gov/forms/motion-admission-pro-hac-vice.

☐ Pro hac motion has been filed. However, the following action is required in order for the motion to be considered.

　☐ The Clerk's Office has been unable to confirm your good standing in the following state(s). Accordingly, a certificate(s) of good standing must be submitted:

　☐ A certificate of good standing from another district court must be submitted.

　☐ The $90.00 filing fee must be paid.

　If the required certificates or filing fee are not submitted within 15 days of this Notice, your motion may be summarily denied.