IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | No. 3:25-cv-25 |

**PROPOSED ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time to Respond to Motion to Intervene, the Court hereby GRANTS the motion. Defendants' response to proposed intervenors' motion to intervene, ECF No. 31, shall be due on or before April 14, 2025.

SO ORDERED on _____.

_____
KATHERINE A. CRYTZER
UNITED STATES DISTRICT JUDGE