# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, STATE OF ALABAMA, STATE OF ARKANSAS, STATE OF GEORGIA, STATE OF IDAHO, STATE OF INDIANA, STATE OF IOWA, STATE OF LOUISIANA, STATE OF MONTANA, STATE OF NEBRASKA, STATE OF NORTH DAKOTA, STATE OF OHIO, STATE OF SOUTH CAROLINA, STATE OF SOUTH DAKOTA, STATE OF WEST VIRGINIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF CIVIL RIGHTS, <br><br> *Defendants*. | Civil Action No. 3:25-cv-00025 <br> Judge Katherine A. Crytzer <br> Magistrate Judge Jill E. McCook |

## ORDER

Before the Court is Plaintiff States' consent motion for briefing schedule. Having considered the motion and finding good cause shown, it is hereby **ORDERED** that Plaintiff States' motion is **GRANTED**.

The parties **SHALL** abide by the following briefing schedule, although any party may forgo filing a reply brief, as provided in Local Rule 7.1(c):

| FILING | DEADLINE | PAGE LIMIT |
|---|---|---|
| Plaintiff States' Combined Opposition to Defendants' Motion to Dismiss and Reply in Support of their Motion for Summary Judgment and Preliminary Relief | April 3, 2025 | 25 |
| Defendants' Response to Proposed Intervenor-Defendants' Motion to Intervene | April 14, 2025 | 25 |
| Defendants' Reply in Support of their Motion to Dismiss for Lack of Jurisdiction | April 21, 2025 | 10 |
| Proposed Intervenor-Defendants' Reply in Support of their Motion to Intervene | April 21, 2025 | 10 |
| Plaintiff States' Supplemental Reply to Proposed Intervenor-Defendants' Opposition to Motion for Summary Judgment and Preliminary Relief | No later than 14 days after an order of this Court granting intervention | 10 |

It is

**SO ORDERED.**

Date: March 21, 2025

_____
U.S. District Judge Katherine A. Cryzter