UNITED STATES DISTRICT COURT CLERK
EASTERN DISTRICT OF TENNESSEE
220 WEST DEPOT STREET, SUITE 200
GREENEVILLE, TENNESSEE 37743

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

KNOXVILLE TN 377
19 MAR 2025 PM 2 L



JA

Doc 66

Eric N. Kniffin
Kniffin Law PLLC
102 S. Tejon St.
Colorado Springs, CO 80903

NIXIE      808    DE 1         0003/26/25
             RETURN TO SENDER
             INSUFFICIENT ADDRESS
             UNABLE TO FORWARD

Case 3:25-cv-00025-KAC-JEM     Document 84     Filed 03/31/25     Page 1 of 1     PageID #: 944