IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | No. 3:25-cv-25 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully notify the Court of a recent opinion that the United States District Court for the Northern District of Texas issued in the related case of *Purl v. HHS*, No. 2:24-cv-228 (N.D. Tex.), attached hereto as Exhibit A. In that opinion, the court denied a motion to intervene filed by the Doctors for America and the cities of Columbus, Ohio, and Madison, Wisconsin—who also have moved to intervene in this case. The court held that the proposed intervenors had no right to intervene under Federal Rule of Civil Procedure 24(a)(2) and denied permissive intervention under Rule 24(b).

Dated: April 21, 2025   Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street NW  
Washington, DC 20005  
Phone: (202) 598-9280  
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

On April 21, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Tennessee, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                       */s/ Jody D. Lowenstein*
                                                      JODY D. LOWENSTEIN
                                                      Trial Attorney
                                                      U.S. Department of Justice