IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, et al., ) <br> ) <br>    *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES, et al. ) <br> ) <br>    *Defendants*. ) <br> ) | Civil Action No. 3:25-cv-00025 <br> Judge Katherine A. Crytzer <br> Magistrate Judge Jill E. McCook |

**PLAINTIFF STATES' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT
AND PRELIMINARY RELIEF**

The Plaintiff States respectfully notify the Court of recent authority that supports their pending motion for summary judgment and preliminary relief from the U.S. Department of Health and Human Services' ("HHS") *HIPAA Privacy Rule to Support Reproductive Health Care Privacy*, 89 Fed. Reg. 32,976 (Apr. 26, 2024) ("Final Rule").

In *Purl v. HHS*, enclosed as **Exhibit A**, the court vacated the Final Rule because HHS lacks statutory authority to impose its reproductive-healthcare-related disclosure requirements, which unlawfully "limit" state "public health investigation[s] [and] intervention[s]." No. 2:24-cv-228-Z, 2025 WL 1708137, *10-18, 22-27 (N.D. Tex. June 18, 2025) (quoting 42 U.S.C. § 1320d-7(b)). Focusing on the Final Rule's adverse impacts on reporting and investigating child abuse, the court held that the rule's burdens on both covered healthcare entities and investigators violated statutory limits on HHS's rulemaking authority. *See id.* at *13-18. For example, "[t]he attestation requirement imposes bureaucratic barricades to States exercising their lawful public health investigation powers," while also imposing a "weighty burden" on covered entities evaluating whether the attestation complies with the

1

rule. *Id.* at *16; *see* States' MSJ Br. 12-20, ECF No. 26 (Feb. 7, 2025). Such "limit[s]" on state child-abuse interventions violate 42 U.S.C. § 1320d-7(b). *See Purl*, 2025 WL 1708137, at *10-18.

In granting vacatur, the court also rejected many of the arguments HHS has advanced in opposition to the Plaintiff States' pending motion. First, the court reaffirmed that "being the mere object of a regulation typically grants standing because the regulation 'require[s] or forbid[s] *some action* by the plaintiff.'" *Id.* at *7 (emphasis and alterations in original) (citation omitted); *see* States' MSJ Reply 4-6, ECF No. 88 (Apr. 3, 2025). The court also held that the plaintiff had established compliance-cost standing without having to "meet a certain cost threshold," "testify exactly what they base[d] their estimates on," or "account[] [for] the costs 'directly attributable to the Rule.'" *Purl*, 2025 WL 1708137, at *9-10; *see* States MSJ Reply 7-8. After all, "HHS expressly states" the Final Rule imposes costs. *Purl*, 2025 WL 1708137, at *10. Finally, the court explained that vacatur is the appropriate remedy, rejecting the same arguments HHS raises here to avoid that default relief. *Purl*, 2025 WL 1708137, at *28-29; *see* States MSJ Reply 13-18.

The court also made clear that its vacatur of the Final Rule should "not necessarily prevent review" elsewhere, as "[c]ourts can and do continue to review agency action despite another court's vacatur." *Id.* at *28; *see* States' MSJ Reply 15-16. As the U.S. Department of Justice has recently explained, a case "remains a live controversy" notwithstanding a vacatur order until either "(1) the … judgment is affirmed on appeal and no further appellate review is available, or (2) the deadline to appeal passes without Defendants noticing an appeal." Joint Status Report, ECF No. 85, *Carroll Indep. Sch. Dist. v. U.S. Dep't of Educ.*, No. 4:24-cv-461-O (N.D. Tex. Feb. 17, 2025). Until the prospect of appellate reversal disappears, *see* Notice of Interlocutory Appeal, ECF No. 109, *Purl v. HHS*, No. 2:24-cv-228 (N.D. Tex. June 13, 2025) (appealing denial of motion to intervene), the Plaintiff States' claims remain live and ready for this Court to resolve.

2

Date: June 24, 2025                                         Respectfully submitted,

/s/ Harrison Gray Kilgore
HARRISON GRAY KILGORE
  Strategic Litigation Counsel and
  Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-8726
Harrison.Kilgore@ag.tn.gov
*Counsel for Plaintiff the State of Tennessee*

STEVE MARSHALL
  Attorney General of Alabama

/s/ Dylan Mauldin
DYLAN MAULDIN*
  *Assistant Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
334.353.0068
334.353.8400 (fax)
Dylan.Mauldin@alabamaag.gov
*Counsel for Plaintiff State of Alabama*

TIM GRIFFIN
  Arkansas Attorney General

/s/ Autumn Hamit Patterson
AUTUMN HAMIT PATTERSON*
  *Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
101 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 682-2007
Autumn.Patterson@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

CHRISTOPHER CARR
  Attorney General of Georgia

/s/ Elijah O'Kelley
ELIJAH O'KELLEY*
  Assistant Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
40 Capitol Square SW
Atlanta, Georgia 30334
(470) 816-1342
Eokelley@law.ga.gov
*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
  Idaho Attorney General

/s/ Sean M. Corkery
SEAN M. CORKERY*
  Assistant Solicitor General
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720
(208) 334-2400
Jack.Corkery@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

**THEODORE E. ROKITA**
   Attorney General of Indiana

/s/ *James A. Barta*
JAMES A. BARTA*
   Solicitor General
INDIANA ATTORNEY GENERAL'S OFFICE
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
(317) 232-0709
James.Barta@atg.in.gov
*Counsel for Plaintiff State of Indiana*


**BRENNA BIRD**
   Iowa Attorney General

/s/ *Eric H. Wessan*
ERIC H. WESSAN*
   Solicitor General
OFFICE OF THE IOWA ATTORNEY GENERAL
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
(515) 281-4209 (fax)
Eric.Wessan@ag.iowa.gov
*Counsel for Plaintiff State of Iowa*


**LIZ MURRILL**
   Louisiana Attorney General

/s/ *J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA*
   Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*


**AUSTIN KNUDSEN**
   Attorney General of Montana

/s/ *Christian B. Corrigan*
CHRISTIAN B. CORRIGAN*
   Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2026
Peter.Torstensen@mt.gov
*Counsel for Plaintiff State of Montana*


**MICHEAL T. HILGERS**
   Nebraska Attorney General

/s/ *Lincoln J. Korell*
LINCOLN J. KORELL*
   Assistant Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY
  GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Lincoln.Korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*


**DREW H. WRIGLEY**
   Attorney General of North Dakota

/s/ *Philip Axt*
PHILIP AXT*
   Solicitor General
OFFICE OF THE ATTORNEY GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
Pjaxt@nd.gov
*Counsel for Plaintiff State of North Dakota*

<div style="display: flex;">
<div>

**DAVE YOST**
   Ohio Attorney General

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER*
   Solicitor General
OFFICE OF THE OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
Thomas.Gaiser@ohioago.gov
*Counsel for Plaintiff State of Ohio*


**MARTY J. JACKLEY**
   Attorney General of South Dakota

*/s/ Jonathan Van Patten*
JONATHAN VAN PATTEN*
   Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD  57501
(605) 773-3215
Jonathan.VanPatten@state.sd.us
*Counsel for Plaintiff State of South Dakota*

</div>
<div>

**ALAN WILSON**
   South Carolina Attorney General

*/s/ Benjamin M. McGrey*
BENJAMIN M. MCGREY*
   Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-4127
Benmcgrey@scag.gov
*Counsel for Plaintiff State of South Carolina*


**JOHN B. MCCUSKEY**
   West Virginia Attorney General

*/s/ Michael R. Williams*
MICHAEL R. WILLIAMS*
   Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

</div>
</div>

\* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 24th day of June, 2025 to all counsel of record.

> */s/ Harrison Gray Kilgore*
> HARRISON GRAY KILGORE
> Office of the Tennessee Attorney General
> P.O. Box 20207
> Nashville, Tennessee 37202
> Harrison.Kilgore@ag.tn.gov
>
> *Counsel for Plaintiff the State of Tennessee*