UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| THE STATE OF TENNESSEE, et al., *Plaintiffs*, v. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. *Defendants*. | Case No. 3:25-cv-00025 Judge Katherine A. Crytzer Magistrate Judge Jill E. McCook |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On April 26, 2024, the U.S. Department of Health and Human Services (HHS) promulgated the *HIPAA Privacy Rule to Support Reproductive Health Care Privacy*, 89 Fed. Reg. 32976 (Apr. 26, 2024) ("Final Rule"). The Final Rule imposed new restrictions under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) around certain uses and disclosures of protected health information related to "reproductive health care." *See id.* at 32978.

2. On January 17, 2025, the State of Tennessee, joined by fourteen other States, filed a Complaint for Declaratory and Injunctive Relief. ECF No. 1. The Plaintiff States alleged that HIPAA does not authorize the Final Rule's new "reproductive health care" restrictions and that those restrictions are arbitrary and capricious, in any event. *Id.* at 27-32. For example, the Plaintiff States alleged that the Final Rule hampers public health investigations unconnected to the abortion-related concerns that animated the rule's promulgation. *See id.* at 21-27.

3. Soon after, the Plaintiff States filed a Motion for Summary Judgment and Preliminary Relief. *See* ECF Nos. 25, 26.

1

4. While the Plaintiff States' motion remained pending, the U.S. District Court for the Northern District of Texas ruled in a parallel challenge that the Final Rule unlawfully "impedes, restrains, or curtails potential child abuse reporting." *Purl v. HHS*, No. 2:24-cv-00228, 2025 WL 1708137, at *10 (N.D. Tex. June 18, 2025). The court further held that the Final Rule unlawfully redefines statutory terms, *id.* at *18-22, and exceeds HHS's authority by creating special protections for certain categories of data without statutory permission, *id.* at *22-27.

5. The court accordingly vacated nearly the entire Final Rule, severing unchallenged provisions.

6. Though HHS did not appeal that decision, a group of proposed intervenors that had appealed the denial of their intervention filed a protective notice of appeal. *See* ECF No. 110. But the proposed intervenors recently moved to dismiss their appeal to "best conserve[]" the "resources of the parties and the courts." Mot. to Dismiss, ECF No. 49 at 3, *Purl v. HHS*, No. 25-10743 (5th Cir. Sept. 4, 2025). The Fifth Circuit dismissed the appeal on September 10, 2025.

7. With the challenged portions of the Final Rule vacated, this matter is now moot.

8. In light of the foregoing, the above-captioned action is dismissed *without prejudice*.

9. No costs, disbursements, or attorneys' fees shall be paid to any party.

10. This dismissal does not preclude the Plaintiff States from seeking declaratory relief in future challenges to HHS actions adopting interpretations of HIPAA as requiring specific restrictions around the use and disclosure of "reproductive health care" data like those set forth in the Final Rule.

2

Case 3:25-cv-00025-KAC-JEM  Document 113  Filed 09/30/25  Page 2 of 7  PageID #: 1179

Dated: September 30, 2025

Respectfully Submitted,

*/s/ Harrison Gray Kilgore*
HARRISON GRAY KILGORE
Senior Assistant Attorney General
  for Strategic Litigation

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 360-0351
Harrison.Kilgore@ag.tn.gov

*Counsel for Plaintiff the State of Tennessee*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Eric Beckenhauer*
ERIC B. BECKENHAUER
Assistant Branch Director

JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St NW
Washington, DC 20005
Tel: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*

| | |
|---|---|
| **STEVE MARSHALL**<br>Attorney General of Alabama<br><br>/s/ *Dylan Mauldin*<br>DYLAN MAULDIN*<br>  *Assistant Solicitor General*<br>OFFICE OF THE ALABAMA ATTORNEY GENERAL<br>501 Washington Avenue<br>Montgomery, AL 36130<br>334.353.0068<br>334.353.8400 (fax)<br>Dylan.Mauldin@alabamaag.gov<br>*Counsel for Plaintiff State of Alabama* | **TIM GRIFFIN**<br>Arkansas Attorney General<br><br>/s/ *Autumn Hamit Patterson*<br>AUTUMN HAMIT PATTERSON*<br>  *Solicitor General*<br>OFFICE OF THE ARKANSAS ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>(501) 682-2007<br>Autumn.Patterson@arkansasag.gov<br>*Counsel for Plaintiff State of Arkansas* |
| **CHRISTOPHER CARR**<br>Attorney General of Georgia<br><br>/s/ *Elijah O'Kelley*<br>ELIJAH O'KELLEY*<br>  Assistant Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL OF GEORGIA<br>40 Capitol Square SW<br>Atlanta, Georgia 30334<br>(470) 816-1342<br>Eokelley@law.ga.gov<br>*Counsel for Plaintiff State of Georgia* | **RAÚL R. LABRADOR**<br>Idaho Attorney General<br><br>/s/ *Sean M. Corkery*<br>SEAN M. CORKERY*<br>  Assistant Solicitor General<br>OFFICE OF THE IDAHO ATTORNEY GENERAL<br>P.O. Box 83720<br>Boise, ID 83720<br>(208) 334-2400<br>Jack.Corkery@ag.idaho.gov<br>*Counsel for Plaintiff State of Idaho* |
| **THEODORE E. ROKITA**<br>Attorney General of Indiana<br><br>/s/ *James A. Barta*<br>JAMES A. BARTA*<br>  Solicitor General<br>INDIANA ATTORNEY GENERAL'S OFFICE<br>IGC South, Fifth Floor<br>302 W. Washington St.<br>Indianapolis, Indiana 46204<br>(317) 232-0709<br>James.Barta@atg.in.gov<br>*Counsel for Plaintiff State of Indiana* | **BRENNA BIRD**<br>Iowa Attorney General<br><br>/s/ *Eric H. Wessan*<br>ERIC H. WESSAN*<br>  Solicitor General<br>OFFICE OF THE IOWA ATTORNEY GENERAL<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 823-9117<br>(515) 281-4209 (fax)<br>Eric.Wessan@ag.iowa.gov<br>*Counsel for Plaintiff State of Iowa* |

**LIZ MURRILL**
  Louisiana Attorney General

*/s/ J. Benjamin Aguiñaga*
J. BENJAMIN AGUIÑAGA*
  Solicitor General
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
AguinagaB@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

**AUSTIN KNUDSEN**
  Attorney General of Montana

*/s/ Peter M. Torstensen, Jr.*
PETER M. TORSTENSEN, JR.*
  Deputy Solicitor General
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2026
Peter.Torstensen@mt.gov
*Counsel for Plaintiff State of Montana*

**MICHEAL T. HILGERS**
  Nebraska Attorney General

*/s/ Lincoln J. Korell*
LINCOLN J. KORELL*
  Assistant Solicitor General
OFFICE OF THE NEBRASKA ATTORNEY
  GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Lincoln.Korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

**DREW H. WRIGLEY**
  Attorney General of North Dakota

*/s/ Philip Axt*
PHILIP AXT*
  Solicitor General
OFFICE OF THE ATTORNEY GENERAL
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
Pjaxt@nd.gov
*Counsel for Plaintiff State of North Dakota*

**DAVE YOST**
  Ohio Attorney General

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN *
  Solicitor General
OFFICE OF THE OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
(614) 466-8980
Mathura.Sridharan@ohioago.gov
*Counsel for Plaintiff State of Ohio*

**ALAN WILSON**
  South Carolina Attorney General

/s/ *James E. Smith, Jr.*
JAMES E. SMITH, JR. *
  Assistant Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3677
Esmith@scag.gov
*Counsel for Plaintiff State of South Carolina*

**MARTY J. JACKLEY**
   Attorney General of South Dakota

/s/ *Jonathan Van Patten*
JONATHAN VAN PATTEN*
   Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite #1
Pierre, SD 57501
(605) 773-3215
Jonathan.VanPatten@state.sd.us
*Counsel for Plaintiff State of South Dakota*

**JOHN B. MCCUSKEY**
   West Virginia Attorney General

/s/ *Michael R. Williams*
MICHAEL R. WILLIAMS*
   Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

\* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 30th day of September, 2025 to all counsel of record.

                              /s/ *Harrison Gray Kilgore*
                              HARRISON GRAY KILGORE
                              Office of the Tennessee Attorney General
                              P.O. Box 20207
                              Nashville, Tennessee 37202
                              Harrison.Kilgore@ag.tn.gov

                              *Counsel for Plaintiff the State of Tennessee*