AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of South DakotaMatt

## CERTIFICATE OF GOOD STANDING

I, Matt Thelen                                             , Clerk of this Court,

certify that        Grant M. Flynn        , Bar #        4300        ,

was duly admitted to practice in this Court on    August 25, 2015    , and is in good standing as a member

of the Bar of this Court.

Dated at        Rapid City, South Dakota        on    October 8, 2025
               (Location)                                    (Date)

_____                _____
        CLERK                                   DEPUTY CLERK